No. 723.  REPUBLIC PICTURES CORP. *v.* KAPPLER.

February 4, 1946.  *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *McKnett* v. *St. Louis & San Francisco R. Co.*, 292 U. S. 230, 233, 234; *Pufahl* v. *Estate of Parks*, 299 U. S. 217, 227; *Miles* v. *Illinois Central R. Co.*, 315 U. S. 698, 704.  *A. A. McLaughlin* for appellant.  *George B. Porter* for appellee.

No. 61, Misc.  IN RE YAMASHITA; and
No. 672.  YAMASHITA *v.* STYER, COMMANDING GENERAL. February 4, 1946.  It is ordered that the order of this Court of December 17, 1945, 326 U. S. 693, staying all further proceedings in these causes pending the consideration and determination of the applications for writs of habeas corpus and prohibition and of the petition for writ of certiorari is vacated.

It is further ordered that certified copies of the orders denying the motions for leave to file the petitions for writs of habeas corpus and prohibition and denying the petition for writ of certiorari be issued forthwith.

For opinion of the Court in these cases, see *ante,* p. 1.

No. 85, Misc.  LAMORE *v.* WELCH, SUPERINTENDENT. February 4, 1946.  The motion for leave to file a petition for a writ of habeas corpus is denied.